# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES CHADWICK** | : CIVIL ACTION |
| | : |
| v. | : NO. 21-3991 |
| | : |
| **NORFOLK SOUTHERN RAILWAY COMPANY** | : |

## O R D E R

**AND NOW,** this 10th day of July, 2023, **IT IS HEREBY ORDERED** that:

1. The Defendant's motion for summary judgment [Doc. 41] is **GRANTED** in part and **DENIED** in part.

2. The motion is **GRANTED** as to Counts Two, Three and Four of the Complaint.

3. Judgment is **ENTERED** in favor of Defendant and against Plaintiff on Counts Two, Three and Four of the Complaint.

4. The motion is **DENIED** without prejudice as to Count One as detailed in the accompanying Memorandum.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**