IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES CHADWICK** | : CIVIL ACTION |
| | : |
| v. | : NO. 21-3991 |
| | : |
| **NORFOLK SOUTHERN RAILWAY COMPANY** | : |

# O R D E R

**AND NOW,** this 20th day of February, 2024, **IT IS HEREBY ORDERED** that:

1. The Defendant's renewed motion for summary judgment [Doc. 60] is **GRANTED.**

2. Judgment is **ENTERED** in favor of Defendant and against Plaintiff on Count One of the Complaint.

3. The Clerk is **DIRECTED** to mark this case as **TERMINATED**.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**